# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2018

156132-4(97)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

RALPH HEGADORN, as Personal Representative
of the Estate of MARY HEGADORN,
        Plaintiff-Appellant,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
        Defendant-Appellee.
_____/

SC: 156132
COA: 329508
Livingston CC: 2014-028394-AA

DEBORAH D. TRIM, Personal Representative of
the Estate of DOROTHY LOLLAR,
        Plaintiff-Appellant,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
        Defendant-Appellee.
_____/

SC: 156133
COA: 329511
Livingston CC: 2014-028395-AA

ROSELYN FORD,
        Plaintiff-Appellant,

v

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
        Defendant-Appellee.
_____/

SC: 156134
COA: 331242
Washtenaw CC: 15-000488-AA

       On order of the Chief Justice, the motion of defendant-appellee to file a response to the amicus brief filed by the National Academy of Elder Law Attorneys, Inc., is GRANTED. The response submitted on July 23, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2018



Clerk